1 | **CARMEN A. TRUTANICH, City Attorney**  (SBN 86629x)
**MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
2 | **CORY M. BRENTE,** Assistant City Attorney
**RENA M. SHAHANDEH**, Deputy City Attorney (SBN 198072)
3 | 200 North Main Street
6th Floor, City Hall East
4 | Los Angeles, CA  90012
Email: Rena.Shahandeh@lacity.org
5 | Phone No.: (213) 978-7047, Fax No.: (213) 978-8785

**JS-6**

6 | Attorneys for Defendants: **WILLIAM J. BRATTON, ISIDRO VILLAFANA, LOS ANGELES POLICE DEPARTMENT and CITY OF LOS ANGELES, a municipal corporation**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOS ANGELES VICENTE, <br><br> *Plaintiff(s)* <br><br> vs. <br><br> LOS ANGELES POLICE DEPARTMENT, WILLIAM J. BRATTON, MIGUEL PALOMINO, IZZY VILLAFANA, HARRIS, LAPD OFFICER DOE 1, LAPD OFFICER DOE 2, JUAQUIN HUERTA, and TEN UNKNOWN NAMED DEFENDANTS, inclusive, <br><br> *Defendant(s).* | CASE NO. CV 08-6752 AHM (JCx) <br><br> **ORDER OF DISMISSAL OF DEFENDANT CITY OF LOS ANGELES** |

**TO THE HONORABLE A. HOWARD MATZ, U. S. DISTRICT COURT JUDGE,**

**AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

....

....

....

1

1  Based upon the foregoing request of the parties, this above-captioned action against
2  Defendant City of Los Angeles is hereby dismissed, without prejudice.

3

4  IT IS SO ORDERED.

5

6  DATED:   1/20/10      _____

7                        **HONORABLE A. HOWARD MATZ**
                         **UNITED STATES DISTRICT JUDGE**
8

2